# IN THE SUPREME COURT OF THE STATE OF NEVADA

VIRGIN VALLEY WATER DISTRICT,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE TIMOTHY C.
WILLIAMS, DISTRICT JUDGE,
Respondents,

and

PARADISE CANYON, LLC,
Real Party in Interest.

No. 83947

**FILED**

FEB 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus, prohibition, or certiorari challenges a district court partial summary judgment in a case regarding a water lease agreement. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Specifically, we generally decline to exercise our discretion to grant writ petitions challenging orders denying

22-05446

motions for summary judgment, and we are not convinced any of the exceptions apply in this case. *See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing the exceptions to the general rule). We therefore,

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.                     _____, Sr.J.
Hardesty                                             Gibbons

cc:  Hon. Timothy C. Williams, District Judge
     Bingham Snow & Caldwell
     Hutchison & Steffen, LLC/Las Vegas
     Sylvester & Polednak, Ltd.
     Eighth District Court Clerk

_____

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.